UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-9509 PA (SHx) | Date | April 6, 2015 |
|---|---|---|---|
| Title | Shannon Fabrics, Inc. v. Jo-Ann Stores, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes Kerr | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**     IN CHAMBERS - ORDER

The Court sets a further pretrial conference for Friday, April 17, 2015, at 1:30 p.m.

IT IS SO ORDERED.